| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90627-ARP |
|---|---|---|---|
| | Debtor | In Re: | THE CONTAINER STORE GROUP INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brendan C. Recupero<br>RIEMER & BRAUNSTEIN LLP<br>100 Cambridge Street, 22nd Floor<br>Boston, Massachusetts 02114-2527<br>Tel: (617) 880-3518<br>Email: BRecupero@riemerlaw.com |
|---|---|

| Name of party applicant seeks to appear for: | Eclipse Business Capital LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 12/23/2024 | Signed: /s/ Brendan C. Recupero |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____      _____

United States Bankruptcy Judge