IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| THE CONTAINER STORE GROUP, INC., § | |
| *et al.*,[1] § | Case No. 24-90627 (APR) |
| § | |
| Debtors. § | (Jointly Administered) |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   Kevin M. Epstein, the United States Trustee for Region 7

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff
   ❑ Defendant
   ❑ Other (describe)

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❑ Debtor
   ❑ Creditor
   ❑ Trustee
   ✓ Other (describe)  United States Trustee

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   a. The Bankruptcy Court's *Order (I) Approving Debtors' Disclosure Statement And (II) Confirming First Amended Prepackaged Joint Plan of Reorganization of The Container Store Group, Inc. and Its Debtor Affiliates Under Chapter 11 of The*

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: The Container Store Group, Inc. (5401); The Container Store, Inc. (6981); C Studio Manufacturing Inc. (4763); C Studio Manufacturing LLC (5770); and TCS Gift Card Services, LLC (7975). The Debtors' mailing address is 500 Freeport Parkway, Coppell, TX 75019.

*Bankruptcy Code* (the "**Confirmation Order**") (Docket No. 181).

b. And, the Bankruptcy Court's *Order (I) Scheduling Combined Hearing To Consider (A) Final Approval of Disclosure Statement, (B) Approval of Solicitation Procedures and Form Of Ballot, and (C) Confirmation of Plan; (II) Establishing an Objection Deadline To Object To Disclosure Statement and Plan; (III) Approving The Form and Manner of Notice of Combined Hearing, Objection Deadline, and Notice of Commencement; (IV) Approving Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (V) Conditionally Waiving Requirement of Filing Schedules of Assets and Liabilities, Statements of Financial Affairs, and 2015.3 Reports; (VI) Conditionally Waiving Requirement To Convene the Section 341 Meeting of Creditors; (VII) Conditionally Approving the Disclosure Statement; and (VIII) Granting Related Relief* (the "**Solicitation Order**") (Docket No. 81).

2. State the date on which the judgment, order, or decree was entered: The Confirmation Order was entered on Jan. 24, 2025. The Solicitation Order was entered on December 23, 2024.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Parties: The Container Store Group, Inc.; The Container Store, Inc.; C Studio Manufacturing Inc.; C Studio Manufacturing LLC; and TCS Gift Card Services, LLC. All represented by:

| | | |
|---|---|---|
| Timothy Alvin Davidson, II | George A. Davis | Ted A. Dillman |
| Philip M. Guffy | Hugh Murtagh | LATHAM & WATKINS LLP |
| Ashley L. Harper | Tianjiao (TJ) Li | 355 South Grand Avenue |
| HUNTON ANDREWS KURTH LLP | Jonathan J. Weichselbaum LATHAM & WATKINS LLP | Suite 100 Los Angeles, CA 90071 |
| 600 Travis Street, Ste 4200 | 1271 Avenue of the Americas | |
| Houston, TX 77002 | New York, NY 10020 | |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Not applicable.

2

**Part 5: Sign below**

Date: February 3, 2025

RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
BETH A. LEVENE
Trial Attorneys
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC  20530
(202) 307-1399
Fax: (202) 307-2397

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: /s/ *Ha M. Nguyen*
MILLIE APONTE SALL
Assistant United States Trustee
HA NGUYEN
Trial Attorney
CA Bar #305411
FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962

**Certificate of Service**

I hereby certify that on February 3, 2025 a copy of the foregoing *Notice of Appeal and Statement of Election*, was served by electronic means for all Pacer system participants requesting notice.

  /s/ *Ha M. Nguyen*

Ha Nguyen