United States Courts
Southern District of Texas
FILED

JUL 17 2026

Nathan Ochsner, Clerk of Court

COPY

Fill in this information to identify the case:

Debtor 1          The Container Store Group Inc

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas

Case Number    24-90627

# Request for Payment of Administrative Expense

THIS FORM SHOULD ONLY BE USED FOR CLAIMS THAT ARE ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. § 503(b)(1) through § 503(b)(8), and should **not** be used to assert a claim entitled to priority under 11 U.S.C. § 503(b)(9).

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

| Part 1: | Identify the Administrative Expense |
| --- | --- |

**1. Who is the current claimant?**

San Diego County Treasurer-Tax Collector

Name of the current claimant (the person or entity to be paid for this claim)

Other names the claimant used with the debtor _____

**2. Has this administrative expense claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the claimant be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the claimant be sent?

San Diego County Treasurer-Tax Collector
Name

1600 Pacific Highway, Rm 162 Attn: BK Desk
Number        Street

San Diego, CA 92101
City                State        ZIP Code

Contact phone   619-531-5270

Contact email   miriyalynni.godwin.jurnian @sdcounty.ca.gov

Where should payments to the claimant be sent? (if different)

Name _____

_____
Number        Street

_____
City                State        ZIP Code

Contact phone _____

Contact email _____

**4. Does this request for payment amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known)_____     Filed on _____
                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a request for payment for this expense?**

☑ No
☐ Yes. Who made the earlier filing? _____

## Part 2:   Give Information About the Administrative Expense

| | |
|---|---|
| 6.Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0627__ |

| | |
|---|---|
| 7.How much is the administrative expense? | $ __5,910.81__ .   ** Fees attach pursuant to California Revenue and Taxation Code Sections 2704, 2705, 2706, 4103, 4103(b) or 2922.<br><br>CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this request for payment. In filing this request for payment, claimant has deducted all amounts that claimant owes to debtor. |

| | |
|---|---|
| 8.What is the basis of the administrative expense? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>__Personal Property/ Fixtures__ |

## Part 3:   Sign Below

The person completing this request for payment of this administrative expense must sign and date it. FRBP 9011(b).

If you file this request for payment electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the claimant.
☑ I am the claimant's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Request for Payment of Administrative Expense serves as an acknowledgment that when calculating the amount of the claim, the claimant gave the debtor credit for any payments received toward the debt.

I have examined the information in this Request for Payment of Administrative Expense and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   __07/10/2026__ (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this request for payment:

| | | | |
|---|---|---|---|
| Name | Miriya<br>First name | Juruena<br>Middle name | Last name |
| Title | Senior Treasurer-Tax Collector | | |
| Company | San Diego County Treasurer-Tax Collector | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1600 Pacific Highway, Rm 162 Attn: BK Desk | | |
| | Number        Street | | |
| | San Diego<br>City | CA<br>State | 92101<br>ZIP Code |
| Contact phone | 619-531-5270 | Email | miriya.4ann.goldwinjuruena@spcunty.ca.gov |

**Dan McAllister**
**SAN DIEGO COUNTY**
**TREASURER-TAX COLLECTOR**

**PAY ONLINE**
**sdttc.com**

| ① TAX BILL YEAR |
| --- |
| 2026/2027 |

FISCAL YEAR BEGINNING JULY 01, 2026 AND ENDING JUNE 30, 2027

| ② PROPERTY DESCRIPTION / LOCATION |
| --- |

PERSONAL PROPERTY/FIXTURES
7097 FRIARS RD

LIEN DATE
OWNER AS OF
JANUARY 1

CONTAINER STORE INC THE STORE 21
C/O RYAN LLC
PO BOX 802206
DALLAS TX 75380

SPECIAL
MESSAGES

| ③ ENROLLMENT DATE |
| --- |
| 06/11/2026 |

| ④ ACCOUNT NO. |
| --- |
| 1423146000 |

| ⑤ PARCEL NO. |
| --- |
| 437-291-29-00 |

| ⑥ DESCRIPTION | VALUES & EXEMPTIONS |
| --- | --- |
| LAND | $ |
| IMPROVEMENTS | |
| FIXTURES | 133092 |
| TOTAL L, I&F | 133092 |
| PERSONAL PROPERTY | 339342 |
| EXEMPTIONS | |
| HOMEOWNERS | $ |
| OTHER | |
| NET TAXABLE VALUE | 472434 |

| ⑦ PAY BY | JULY 13, 2026 |
| --- | --- |

01131

| ⑧ YR-BILL NO. | ⑨ TAX RATE AREA | ⑩ NET TAX | ⑪ 10% PENALTY | ⑫ 1½% PENALTY | ⑬ TOTAL DUE |
| --- | --- | --- | --- | --- | --- |
| 2026-060618 | 008001 | 5910.81 | | | 5910.81 |

| ⑭ YOUR TAX DISTRIBUTION | | | | ⑮ SPECIAL NOTICE |
| --- | --- | --- | --- | --- |
| AGENCY | BASE | RATE | TAX AMOUNT | |

| AGENCY | BASE | RATE | TAX AMOUNT |
| --- | --- | --- | --- |
| 1% TAX ON NET VALUE | | 1.00000 | 4724.34 |
| VOTER APPROVED BONDS AND TAXES | | | |
| SD ZOO MAINTENANCE | NET | 0.00500 | 23.62 |
| UNIFIED SCHOOL | NET | 0.18532 | 875.51 |
| COMMUNITY COLLEGE | NET | 0.05382 | 254.27 |
| METRO WATER DISTRICT | NET | 0.00700 | 33.07 |
| TOTAL ON NET VALUE | | 1.25114 | 5910.81 |
| | | | |
| TOTAL TAXES DUE | | | 5910.81 |

**PERSONAL PROPERTY BILLS**

The owner of personal property as of January 1 is responsible for paying the unsecured tax bill. If the owner sells or disposes of the personal property after January 1, the owner is still responsible for paying the entire tax. Taxes will not be prorated due to the sale or disposal of taxable personal property after January 1. For personal property sold before January 1 of the applicable tax year or for any current or future address changes, please complete and return the form located on the back of the payment stub.

**TRANSFERRED BILLS**

Escape and supplemental tax bills on real property where there has been a change of ownership prior to the enrollment of the tax bill are transferred to the unsecured tax roll. Payment of the unsecured bill is the responsibility of the former owner. Unpaid taxes on mobilehomes, possessory interests, and unitary tax bills (State Board of Equalization assessments) are transferred to the unsecured tax roll after June 30.

**CORRECTED BILLS**

Corrected bills may be issued for various reasons including but not limited to Assessment Appeals Board Application, Assessor's Stipulations, valuation errors, late exemption application or other reasons.

**PENALTIES**

If taxes are unpaid by the "Pay By" date provided in the bill, payment of delinquent penalties, interest, and costs may be assessed as provided by law, and will be required to be paid in order to satisfy the lien for taxes. For a schedule of penalty posting dates, visit our website at sdttc.com and click on the "Tax Collection" link.

75L (07/21)

---

ACCT 1423146000
CLASS 01
APN 437-291-29-00

SAN DIEGO COUNTY 2026 - 2027 UNSECURED PROPERTY TAX
FISCAL YEAR BEGINNING JULY 01, 2026 AND ENDING JUNE 30, 2027

WRITE YOUR BILL NO. ON YOUR CHECK
SEND THIS STUB WITH YOUR PAYMENT

| ⑯ YR-BILL NO. | ⑰ TAX RATE AREA | ⑱ NET TAX | ⑲ 10% PENALTY | ⑳ 1½% PENALTY | ㉑ TOTAL DUE |
| --- | --- | --- | --- | --- | --- |
| 2026-060618 | 008001 | 5910.81 | | | 5910.81 |

06112026

CONTAINER STORE INC THE STORE 21
C/O RYAN LLC
PO BOX 802206
DALLAS TX 75380

**Dan McAllister**
**SAN DIEGO COUNTY**
**TREASURER-TAX COLLECTOR**
**e-Pay at sdttc.com**

**DUE UPON RECEIPT**

**$5,910.81**

**PAY THIS AMOUNT**

BANKRUPTCY # 24-9062
F: 12/22/2024

| ㉒ PAY BY | ㉓ PAYABLE TO: |
| --- | --- |
| JULY 13, 2026 | **SDTTC**<br>P.O. Box 129009<br>San Diego, California 92112 |

☐ Address Change

0500059108126060618005000059108126060618007   нн

# IMPORTANT INFORMATION ABOUT YOUR BILL

**(24) LIEN DATE**

Taxes for Unsecured personal property tax bills are due on the lien date (January 1) for the year being assessed. A Due Date, or date to pay by, is set based on the Enrollment Date. The liability for taxes attaches annually as of 12:01 a.m. on the first of January preceding the fiscal year for which the taxes are levied.

**(25) EXTENSION OF TIME**

When the delinquent date falls on a Saturday, Sunday, or legal holiday, the delinquent date is extended to the close of business on the next business day. For Corrected bills and Escape bills on a Four Year Payment plan, penalties will not apply and will be cancelled if payment of the balance due is paid on or before the extension date provided.

**(26) TO OBTAIN A TAX BILL OR CHANGE MAILING ADDRESS**

If you do not receive all of your tax bills by June 30, call or write the Tax Collector at (877) 829-4732 or 1600 Pacific Highway, Room 162, San Diego, California 92101-2477 or access your bill online at sdttc.com. FAILURE TO RECEIVE A TAX BILL WILL NOT PREVENT PENALTIES FROM BEING IMPOSED ON A LATE PAYMENT. (R & T. Code Section 2610.5) It is the owner's responsibility to pay property taxes on time. Please ensure that the Assessor has your current mailing address. To change your mailing address, please complete and return the form located on the back of the payment stub.

**(27) PAYMENT BY CHECK**

Make your check payable to SDTTC, write the 4-digit year and 6-digit bill number (box 8 or 16 from the front of your bill) on your check, and include the original payment stub. Partial payments are not accepted. Any check returned unpaid by your bank will incur a $25 fee, and penalties will apply if the check is returned after the delinquent date. This also applies to e-check payments.

**(30) ENFORCEMENT OF COLLECTION**

Unsecured taxes may be collected by recording a Certificate of Tax Lien against the party named as the Assessee, placing a lien on the title to the property, registrations, or licenses, by Suit in Court, Summary Judgment, and or Seizure and Sale of any property belonging to or assessed to the Assessee. In addition to the collection of taxes and penalties, the Treasurer-Tax Collector may also collect actual costs of collection incurred by the County up to the time the delinquency is paid.

**(28) MAIL EARLY**

Payments sent through the mail are considered received on the USPS postmark, or if none, on the date received.

**(29) TAX BILL QUESTIONS?**

(877) 829-4732

**(31) BEST PAYMENT METHOD**

e-Pay at
sdttc.com
FREE e-Check



FREE e-Check

**(32) OTHER FORMS OF PAYMENT**

1. **ONLINE / MOBILE DEVICE\***
   sdttc.com

2. **PHONE\***
   (855) 829-3773

 

\* Credit Card Fee: You will be charged a 2.19% fee based on your payment. The fee is charged by the credit card processor, NOT the County of San Diego.

Penalties and fees may apply for credit card payments that are charged back.

3. **MAIL**
   Make payable to:
   SDTTC
   P.O. Box 129009
   San Diego, CA 92112



4. **IN PERSON**
   Downtown
   1600 Pacific Hwy., Rm. 162
   San Diego, CA 92101



See enclosed insert for branch office locations or go to sdttc.com. No cash accepted at branch locations.

**(33) COLLECTION OF TAX DURING APPEAL**

Collection efforts will not cease during an appeals review by the Assessor or by the Assessment Appeals Board. If the Assessor or Assessment Appeals Board initiates action to cancel or reduce the value, a refund will automatically be made, including applicable statutory interest, after the Auditor has corrected the tax roll.

**(34) ESCROWS**

DO NOT return this bill with the statement that all taxes were paid in escrow. Tax bills placed on the unsecured tax roll are the personal liability of the party whose name appears as the Assessee on the tax bill. The County will not prorate this tax bill; any proration of the tax is a matter between the seller and the buyer. This office can only look to the Assessee(s) for payment.

**(35) CORRECTED BILLS**

If this bill is a Corrected bill, and payment of the original bill was made prior to the correction, there may be a refund pending. Any refund will first be applied to other unpaid tax bills for the same Assessee; otherwise, a refund will automatically be issued within 6 to 8 weeks to the party who made the payment.

# ASSESSMENT INFORMATION

**(36) ASSESSMENT**

Annually, the Assessor shall assess all the taxable property in the county, except state-assessed property, to the party owning, claiming, possessing or controlling it at 12:01 a.m. on the lien date. The lien date determines the obligation to pay taxes. The disposal of property after the lien date does not relieve the Assessee of their responsibility for payment of the tax. This tax bill is issued subject to the right of the Assessor to further examine and investigate the taxable status of the person, firm, or corporation to whom this bill is issued.

**(37) VALUATIONS**

For questions concerning assessed value, please call the Assessor's Office; BUSINESS (858) 505-6100; BOATS & AIRCRAFT (858) 505-6200; MOBILE HOMES (619) 531-5478; POSSESSORY INTEREST (858) 505-6081; FAILURE TO FILE (619) 531-5848; or call (858) 505-6262.

**(39) RIGHT TO APPEAL**

If you disagree with the assessed value shown on the front of this bill, you have the right to file an Assessment Appeal. Filing an Assessment Appeal does not relieve the applicant from the obligation to pay the taxes on the subject property on or before the applicable due date shown on the tax bill. For assessment appeal forms and information, visit the Clerk of the Board of Supervisor's website at sandiegocob.com or call their office at (619) 531-5777. From December 1 thru April 30 you may request an assessment review for the next tax year by visiting the Assessor's website at sdarcc.com or by calling (858) 505-6262.

**(38) EXEMPTIONS**

Application for exemption must be filed within the dates prescribed by law. Contact the Assessor's Office for questions about qualifying or filing for an Exemption. For Primary Residence Exemptions call (619) 531-5772; for Institutional Exemptions call (619) 531-5763; for Dealer Inventory on Boats or Aircraft, Commercial Fishing/Oceanographic Research, Historical Aircraft, or Servicemember's Civil Relief Act Exemptions call (858) 505-6200. Forms for filing exemptions may be obtained from the Assessor's website at sdarcc.com.

---

**DESCRIPTION OF PROPERTY:**

☐ BUSINESS\*   ☐ BOAT\*   ☐ AIRCRAFT\*
☐ MOBILEHOME   ☐ REAL PROPERTY

BUSINESS ACCOUNT NO. - CF NO. - OFFICIAL COAST GUARD NO. AND NAME OF VESSEL - F.A.A. REG. NO.

PARCEL NUMBER

LOCATION OF PROPERTY/SITUS

**TO CHANGE MAILING ADDRESS COMPLETE INFORMATION BELOW**

OWNER'S NAME                    CITY · STATE · ZIP

PERMANENT MAILING ADDRESS

EMAIL ADDRESS

OWNER'S SIGNATURE

\*Please contact the County Assessor's Business Division @ 858-505-6100 for further instructions, or visit sdarcc.com

**TO REPORT A CHANGE IN OWNERSHIP OR A REMOVAL OF PROPERTY FROM THE COUNTY OF SAN DIEGO**

SOLD TO                    DATE

ADDRESS                    CITY · STATE · ZIP

E-MAIL ADDRESS
(   )

BUYER'S TELEPHONE NUMBER          SALE PRICE

SELLER'S NAME                    DATE OF SALE

ADDRESS                    CITY · STATE · ZIP

E-MAIL ADDRESS
(   )

TELEPHONE NUMBER

REMOVED TO ADDRESS/MARINA/AIRPORT          DATE

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE                    DATE
(   )

TELEPHONE NUMBER

LARRY COHEN
TREASURER-TAX COLLECTOR
ATTENTION: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101
Telephone (619) 531-5261
Facsimile (619) 685-2589

## Attachment

1. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim based on any further assessment of property taxes or investigation/audit of property taxes associated with the named debtor(s) in this bankruptcy case.

2. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim in accordance with any applicable federal and state law, including, but not limited to, modifying the claim as an administrative expense under 11 U.S.C. § 503, as a secured claim under 11 U.S.C. § 506, and as a priority unsecured claim under 11 U.S.C. § 507 throughout the administration of this bankruptcy case.

3. The San Diego County Treasurer-Tax Collector reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim under 11 U.S.C. § 507(a)(8)(B) if the value of the collateral, to which secures the San Diego County Treasurer-Tax Collector's claim, be determined to be less than the amount of the secured claim or should the San Diego County Treasurer-Tax Collector's lien be avoided in whole or in part.

4. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim to add additional penalties and interest if legally permissible under the California Revenue & Tax Code, Bankruptcy Code, and other applicable state and federal law.

5. The San Diego County Treasurer-Tax Collector reserves the right to assess legal fees and costs incurred after this proof of claim is filed, if such fees and costs are legally permissible under applicable state and federal law.

6. This attachment shall not be deemed as a waiver of any rights or remedies which are not expressly reserved.

1