United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: THE CONTAINER STORE GROUP, INC., *et al.*,<br><br>Debtor,<br><br>_____<br><br>KEVIN M. EPSTEIN, UNITED STATES TRUSTEE FOR REGION 7<br><br>Appellant,<br><br>v.<br><br>THE CONTAINER STORE GROUP, INC., *et al.*,<br><br>Appellees. | § § § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. H-25-1481 |

**ORDER OF DISMISSAL**

On the stipulation of the parties under Federal Rule of Bankruptcy Procedure 8023(a), all claims in this appeal are dismissed. (Docket Entry No. 5).  Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on July 31, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge