Larry Cohen
San Diego County Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA 92101

**SOUTHERN DISTRICT OF TEXAS BANKRUPTCY COURT**
515 Rusk Avenue
Houston, TX 77002

**In Re**:
The Container Store Group Inc
500 Freeport Parkway
Coppell, TX 75019

BANKRUPTCY NO.: 24-90627

## NOTICE OF WITHDRAWAL OF CLAIM BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA

**YOU ARE HEREBY NOTIFIED** that Larry Cohen, San Diego County Treasurer-Tax Collector, submits a WITHDRAWAL OF CLAIM. For the Administrative Claim of $5910.81 that was submitted 7/10/2026.

Dated: August 6, 2026

/s/ Miriya Juruena
_____
Miriya Juruena (Senior TTC Specialist)